Steven G. Rosales
Attorney at Law: 222224
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-8868
E-mail: rohlfing_office@speakeasy.net

Attorneys for Plaintiff
Wanda Turner

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WANDA TURNER,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>　　　　Defendant | Case No.: EDCV 09-1329 JC<br><br>{PROPOSED} ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920 |

　　　Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

　　　IT IS ORDERED that fees and expenses in the amount of $3,400.00 as authorized by 28 U.S.C. § 2412 be awarded subject to the terms of the Stipulation.

DATE:　　November 12, 2010

　　　　　　　　　　　　　　/s/
　　　　　　　　　　　THE HONORABLE JACQUELINE CHOOLJIAN
　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE